IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SCORPION MARINE SALES AND
SERVICE, INC., A/K/A SCORPION
MARINE SALES AND SERVICES, INC.,
A FLORIDA CORPORATION,

      Appellant/Cross-Appellee,

v.

Case No. 5D21-2710
LT Case No. 2018-CA-011545

CAPE CANAVERAL MARINE CENTER,
LP, A FLORIDA LIMITED PARTNERSHIP,

      Appellee/Cross-Appellant.
_____/

Decision filed October 18, 2022

Appeal from the Circuit Court
for Brevard County,
Charles M. Holcomb, Judge.

Scott D. Widerman and James Ippoliti, of Widerman
Malek, P.L., Melbourne, for Appellant/Cross Appellee.

Dean A. Morande and Henry S. Wulf, of Carlton Fields,
P.A., West Palm Beach, for Appellee/Cross Appellant.

PER CURIAM.

      AFFIRMED.

EISNAUGLE and HARRIS, JJ., and ORFINGER, R.B., Senior Judge,
concur.